# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>JONNIE H. WHITE<br><br>Date of Original Judgment: 10/24/2006<br>Date of Previous Amended Judgment: 06/08/2009<br>*(Use Date of Last Amended Judgment if Any)* | Case No: 2:05-cr-0174<br>USM No: #66701-061<br><br>Steven Nolder, Esq.<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of **X** the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   **X** GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   293   months **is reduced to**   235 (two hun. thirty-five) months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   06/08/2009   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   1/6/2012

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Algenon L. Marbley, United States District Court Judge
*Printed name and title*